UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LYNNE VAUGHN,
          Plaintiff,

v.

M&T BANK CORPORATION; ARTHUR
MURPHY; NOEL CARROLL; SHELLIE
PICONE; NICOLE KRAJNA; and MARIA
MONROY,
          Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 612 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The deadline for the completion of all discovery is extended to April 6, 2020.

2. Because this case will likely be reassigned to Judge Halpern, counsel shall submit a joint letter to Judge Halpern at the close of discovery to propose, consistent with his Individual Practices, either a pre-motion conference in anticipation of filing a summary judgment motion or a briefing schedule for that motion.

3. To the extent any deadlines apply for the filing of dispositive motions, those deadlines are cancelled under the circumstances.

Dated: March 4, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge