UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LYNNE VAUGHN

                Plaintiff,

v.                                             **ORDER**

M&T BANK CORPORATION; ARTHUR    19-cv-0612 (PMH)
MURPHY; NOEL CARROLL; SHELLIE
PICONE; NICOLE KRAJNA; and MARIA
MONROY, et al.,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me. As there has been no activity on this docket since the Court extended the deadline for the completion of all discovery to April 6, 2020, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 5, 2020.

Dated: New York, New York             SO ORDERED:
       April 21, 2020

                                                       _____
                                                       Philip M. Halpern
                                                      United States District Judge