# Exhibit 4



## Personal

| | |
|---|---|
| Gender | Male |
| Date of Birth | 01/22/1959 |
| Age | 60 years, 10 months, 25 days |
| Country of Birth | (empty) |
| Hispanic or Latino | No |
| Race/Ethnicity | Two or More Races (United States of America) |
| Hispanic or Latino - Visual Survey | No |
| Race/Ethnicity - Visual Survey | (empty) |