UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE VAUGHN,

                Plaintiff,

-against-

M&T BANK CORPORATION, et al.,

                Defendants.

**ORDER**

19-CV-00612 (PMH)

PHILIP M. HALPERN, United States District Judge:

Pursuant to Rule 4(L) of this Court's Individual Practices, oral argument has been scheduled on the pending motion for summary judgment. The oral argument will be held on May 11, 2021 at 10:00 a.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 521, White Plains, New York 10601.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

                **SO ORDERED:**

Dated: White Plains, New York
         May 3, 2021

_____
PHILIP M. HALPERN
United States District Judge