# CONOVER

**LAW OFFICES**
345 Seventh Ave., 21
New York, NY 10

Telephone (212) 588-
Telecopier (212) 588-

Molly Smithsimon

**Via ECF**

Judge Phillip M. Halpern
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

> Application granted. The parties' Joint Pretrial Order, in accordance with Rule 6(A) of this Court's Individual Practices, shall be filed on July 30, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 64.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 9, 2021

Re:   *Vaughn v. Manufacturers and Traders Trust Company et al.,*
      19-CV-00612 (PMH)(JCM)

Dear Judge Halpern:

As counsel for the plaintiff, Lynne Vaughn, I write jointly with counsel for defendants to request an extension of the deadline to submit a Joint Pre-Trial Order in accordance with Rule 6(a) of Your Honor's Individual Rules of Practice.

The current deadline for submission of the Joint Pre-Trial Order is June 10, 2021. The parties are scheduled to participate in a settlement conference with Magistrate Judge Judith C. McCarthy on July 19, 2021. All counsel consent and respectfully request that the deadline for submission of the Pre-Trial Order be adjourned to July 30, 2021, after conclusion of the settlement conference with Judge McCarthy. Good cause exists for this request. The parties are discussing a potential private resolution of this matter and are focusing their efforts on preparation for the July settlement conference. Counsel seek to preserve litigation resources and avoid litigation expenses in an effort to facilitate settlement.

In the alternative, if the Court is not inclined to grant an extension to July 30, counsel respectfully request a 14-day extension to file the Joint Pre-Trial Order, through and including June 24, 2021. The parties have not previously sought any extensions to the deadline for submission of a Pre-Trial Order and a trial date has not yet been set, therefore this adjournment would not affect any other scheduled dates in this matter.

Thank you for your consideration.

Sincerely,

*Molly Smithsimon*
Molly Smithsimon

cc: Robert Fluskey, Esq (via ecf)